UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CARLY BITTLINGMEYER,
Individually and on behalf of all
others similarly situated,

      Plaintiff,                                   Case No. 0:19-cv-61113-WPD

v.

HOLCOMBE U.S.A., INC.,

      Defendant.
_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S CLASS ACTION COMPLAINT [DE 1]**

Defendant, Holcombe U.S.A., Inc., by and through its undersigned counsel and in accordance with the Federal Rules of Civil Procedure, hereby files its Answer and Affirmative Defenses to Plaintiff's Class Action Complaint [DE 1] and states as follows:

**Nature of the Action**

1. Admitted that Plaintiff seeks to have a class certified under the TCPA, denied that the TCPA applies to this matter or that a class should be certified.

2. Admitted.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

## Jurisdiction and Venue

7. Admitted that this Court has Jurisdiction based upon a Federal Question being presented, otherwise denied.

8. Admitted that venue is proper in this Court, otherwise denied.

## Parties

9. Without knowledge and therefore denied.

10. Admitted.

## The TCPA

11. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

12. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

13. Denied.

14. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

15. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

16. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

17. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

18. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

19. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

20. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

21. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

22. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

23. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

24. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

25. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

26. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

27. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

28. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

29. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

30. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

31. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

### Background Facts

32. Admitted that Defendant operates a motor vehicle dealership. Denied that Defendant has sent any illegal text messages.

33. Admitted that Defendant sent the text message included in the Complaint in response to an inquiry by Plaintiff and with Plaintiff's full consent.

34. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

35. Without knowledge and therefore denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

### CLASS ALLEGATIONS

### Proposed Facts

40. Admitted that Plaintiff seeks to establish a class under Rule 23 of the Federal Rules of Civil Procedure. Denied that such a class is proper.

41. Admitted that Plaintiff seeks to establish a defined class. Denied that Plaintiff is entitled to such a class.

42. Denied.

### Numerosity

43. Denied.

44. Denied.

### Common Questions of Law and Fact

45. Denied.

46. Denied.

### Typicality

47. Denied.

### Protecting the Interests of the Class Members

48. Denied.

### Superiority

49. Denied.

50. Denied.

### COUNT I
### Violation of the TCPA, 47 U.S.C. §227(b)
### (On Behalf of Plaintiff and the Class)

51. Defendant realleges and incorporates paragraphs 1-50 of this Answer as if set forth herein.

52. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

53. This paragraph calls for a legal conclusion to which no response is required. To the extent a response is required, denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

## COUNT II
### Knowing and/or Willful Violation of the TCPA, 47 U.S.C. §227(b)
### (On Behalf of Plaintiff and the Class)

59. Defendant realleges and incorporates paragraphs 1-50 of this Answer as if set forth herein.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

WHEREFORE, Defendant respectfully requests that this Court enter judgment on behalf of Defendant and grant Defendant such further relief as this court deems just and proper.

## **AFFIRMATIVE DEFENSES**

### First Affirmative Defense

At all times relevant hereto, Plaintiff expressly authorized the communications at issue. Specifically, Plaintiff provided her personal information to Road Loans through an online portal on November 27, 2014, in an effort to secure financing for a vehicle. At this time, Plaintiff provided, among other things, her telephone number and her email address and was assigned applicant number 62046932. As part of the process, Plaintiff also provided express consent to be contacted on her cellular telephone number.

### Second Affirmative Defense

Plaintiff lacks standing to pursue the claims raised in this matter on behalf of herself and the class that she seeks to represent.

### Third Affirmative Defense

At all times relevant hereto, Defendant did not utilize an ATDS to communicate with Plaintiff.

### Fourth Affirmative Defense

Plaintiff's proposed class is overly broad in that it conceptually includes persons that purchased a vehicle from Defendant and that have agreed to resolve any and all disputes with Defendant through binding arbitration. Defendant expressly reserves the right to compel the arbitration of any such claims on an individual basis and not as part of any class action.

### Fifth Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted in that it fails to allege that Plaintiff was a subscriber, called party or owner the number at issue.

### Sixth Affirmative Defense

The class proposed by Plaintiff does not sufficiently meet the numerosity requirements for certification.

### Seventh Affirmative Defense

Discovery and investigation are ongoing. Defendant reserves the right to amend or supplement its Affirmative Defenses, or add additional Affirmative Defenses, at any time.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2019 the foregoing was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

>Jibrael S. Hindi, Esq.
>The Law Officed of Jibrael S. Hindi, PLLC
>110 SE 6th Street
>Fort Lauderdale, FL 33301
>jibrael@jibraellaw.com

>*/s/ Robert E. Sickles, Esq.*
>Robert E. Sickles, Esq.
>Florida Bar No. 167444
>robert.sickles@nelsonmullins.com
>**NELSON MULLINS BROAD AND CASSEL**
>100 North Tampa Street
>Suite 3500
>Tampa, FL 33602
>Telephone: 813-225-3020
>Facsimile: 813-225-3039
>*Counsel for Defendant*