UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   0:19-CV-61113-WPD

CARLY BITTLINGMEYER,

     Plaintiff,

v.

HOLCOMBE U.S.A. INC.,

     Defendant.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff CARLY BITTLINGMEYER and Defendant HOLCOMBE U.S.A. INC., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: September 17, 2019

Respectfully Submitted,

_/s/ Jibrael S. Hindi_____     _/s/ Robert E. Sickles_____
**JIBRAEL S. HINDI, ESQ.**     **ROBERT E. SICKLES, ESQ.**
Florida Bar No.: 118259     Florida Bar No.: 167444
E-mail:jibrael@jibraellaw.com     E-mail:robert.sickles@nelsonmullins.com
**THOMAS J. PATTI, ESQ.**     NELSON MULLINS BROAD AND
Florida Bar No.: 118377     CASSEL
E-mail:tom@jibraellaw.com     100 North Tampa Street, Suite 3500
The Law Offices of Jibrael S. Hindi     Phone: 813-225-3020
110 SE 6th Street, Suite 1744     Fax: 813-225-3039
Fort Lauderdale, Florida 33301     *COUNSEL FOR DEFENSE*
Phone: 954-907-1136
Fax:   855-529-9540
*COUNSEL FOR PLAINTIFF*