UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61113-CIV-DIMITROULEAS

CARLY BITTLINGMEYER,

    Plaintiffs,

vs.

HOLCOMBE U.S.A., INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice [DE 20] (the "Stipulation"), filed herein on September 17, 2019. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 20] is hereby **GRANTED**; this case is **DISMISSED** with prejudice.

2. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 18th day of September, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record